UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGORY GAMACHE,<br><br>   Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>   Defendant. | **CLOSED**<br><br>Civil Action No.: 11-1496 (PGS)<br><br>**MEMORANDUM & ORDER** |

  Whereas *pro se* Plaintiff Gregory Gamache filed an application to proceed *in forma pauperis* under 28 U.S.C. § 1915 on March 16, 2011 (ECF No. 1.); and

  Whereas Federal Rule of Civil Procedure 8 sets forth the following general rules for pleading:

> **(a) Claim for Relief.** A pleading that states a claim for relief must contain:
>
> (1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;
>
> (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and
>
> (3) a demand for the relief sought, which may include relief in the alternative or different types of relief[; and]

1

Whereas it appears that Plaintiff is requesting that the Court order that the FBI and the FCC co-investigate the use of electric weapons on Americans; and

Whereas Plaintiff's Complaint fails to set forth the grounds for the Court's jurisdiction and the Court does not already have jurisdiction, *see* Fed. R. Civ. P. 8(a)(1); and

Whereas Plaintiff's Complaint does not show that Plaintiff is entitled to relief, *see* Fed. R. Civ. P. (8)(a)(2);

IT IS on this 8th day of April 2011, **ORDERED** as follows:

1. Plaintiff's application to proceed *in forma pauperis* is granted.
2. The clerk is directed to file the complaint.
3. Plaintiff's Complaint is dismissed without prejudice pursuant to Fed. R. Civ. P. 8(a)(1)-(2) for failure to meet the general rules of pleading.

_____
PETER G. SHERIDAN, U.S.D.J.

April 8, 2011